GOODYEAR TIRE & RUBBER Co. *v.* Ross *et al.*

(Division B.   April 21, 1947.)

[30 So. (2d), 66.   No. 36441.]

**B. A. Duncan** and **Bozeman & Bozeman,** all of Meridian, for appellant.

**Champ C. Gipson** and **J. V. Gipson,** both of Meridian, for appellees.

**Griffith, P. J.,** delivered the opinion of the court.

The only liability of the garnishee to the judgment debtor at the time of the issuance of the garnishment, and of the garnishee's answer thereto, was under an unliquidated demand for damages for an alleged tort. Unliquidated claims for damages are not subject to garnishment. 38 C. J. S. garnishment, Secs. 89, 91; Craig v. Gaddis, 171 Miss. 379, 157 So. 684, 95 A. L. R. 1494, and cases therein cited.

Affirmed.